MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
JEFFREY GALLIHER, ESQ.
Nevada Bar No. 8078
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiff*

-o0o-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HUMES,<br><br>            Plaintiff,<br><br>vs.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>            Defendant. | CASE NO.:    2:17-cv-01778-JAD-PAL<br><br>**STIPULATION FOR CONTINUANCE OF PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD BREACH OF IMPLIED COVENANT OF GOOD FAITH DEALING AND UNFAIR CLAIMS PRACTICES UNDER NRS 688A.310 (FIRST REQUEST)** |

COMES NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate to continue Plaintiff's Motion to Amend Complaint to Add Breach of the Implied Covenant of Good Faith and Fair Dealing and Unfair Claims Practices Under NRS 688A.310 by an additional two (2) weeks.

Plaintiff's Motion is currently set to be heard on May 8, 2018 at 9:45 a.m. before the Honorable Judge Peggy A. Leen. Plaintiff, for good cause, requests that the Motion be continued an additional two (2) weeks, for a date and time convenient to the Court. This request is due to Ganz & Haufs' current trial in Case No. A-14-697572-C before the Honorable Judge Jim Crockett which is set to begin on May 8, 2018.

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1

This is the first request for a continuance of Plaintiffs' Motion.

Dated this 2nd day of May, 2018.

**GANZ & HAUF**

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

*/s/ Jeffrey L. Galliher, Esq.*
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
JEFFREY L. GALLIHER, ESQ.
Nevada Bar No. 8078
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

*/s/ Marissa R. Temple, Esq.*
.OGERS, ESQ.
Nevada Bar No. 5755
MARISSA R. TEMPLE, ESQ.
Nevada Bar No. 9028
700 S. Third Street
Las Vegas, NV 89147
*Attorneys for Defendant*

**IT IS ORDERED** that the hearing on the Motion to Amend Complaint (ECF No. 26) currently set for May 8, 2018, is **VACATED** and **CONTINUED** to May 29, 2018, at 10:30 a.m., in Courtroom 3B.

Dated: May 3, 2018

Peggy A. Leen
United States Magistrate Judge

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626