MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
JEFFREY GALLIHER, ESQ.
Nevada Bar No. 8078
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiff*

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HUMES,<br><br>Plaintiff,<br><br>vs.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 2:17-cv-01778-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (FIRST REQUEST)** |

COMES NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate to extend the time for Plaintiff to file his reply to Defendant's Opposition to Plaintiff's Motion to Amend Complaint to Add Breach of the Implied Covenant of Good Faith and Fair Dealing and Unfair Claims Practices Under NRS 688A.310 by two (2) weeks.

Plaintiff's Reply is currently due April 30, 2018. Plaintiff, for good cause, requests an extension of time until May 14, 2018, two (2) weeks after the reply would otherwise be due. Ganz & Hauf will subsequently be requesting that the hearing on Plaintiff's Motion to Amend set to be heard on May 8, 2018 at 9:45 a.m. before the Honorable Peggy A. Leen, be continued for an additional two (2) weeks, for a date and time convenient to the Court. This request is due to Ganz

& Haufs' current preparations for trial in Case No. A-14-697572-C before the Honorable Judge Jim Crockett set to begin on May 8, 2018.

This is the first request for an extension of time for this reply.

Dated this 30th day of April, 2018.

| GANZ & HAUF | ROGERS, MASTRANGELO, CARVALHO & MITCHELL |
|---|---|
| /s/ Jeffrey L. Galliher, Esq. | /s/ Marissa R. Temple, Esq. |
| MARJORIE HAUF, ESQ. | STEPHEN H. ROGERS, ESQ. |
| Nevada Bar No. 8111 | Nevada Bar No. 5755 |
| JEFFREY L. GALLIHER, ESQ. | MARISSA R. TEMPLE, ESQ. |
| Nevada Bar No. 8078 | Nevada Bar No. 9028 |
| 8950 W. Tropicana Ave, Suite 1 | 700 S. Third Street |
| Las Vegas, Nevada 89147 | Las Vegas, NV 89147 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

May 8, 2018

PEGGY A. LEEN
United States Magistrate Judge

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626