MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
JEFFREY GALLIHER, ESQ.
Nevada Bar No. 8078
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiff*

-o0o-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| DONALD HUMES,<br><br>          Plaintiff,<br><br>vs.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>          Defendant. | CASE NO.:   2:17-cv-01778-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (SECOND REQUEST)** |

COMES NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate to extend the time for Plaintiff to file his reply to Defendant's Opposition to Plaintiff's Motion to Amend Complaint to Add Breach of the Implied Covenant of Good Faith and Fair Dealing and Unfair Claims Practices Under NRS 688A.310 by one (1) week.

Plaintiff's Reply is currently due May 14, 2018. Plaintiff, for good cause, requests an extension of time until May 21, 2018, one (1) week after the reply would otherwise be due. This request is because Ganz & Hauf is currently in trial in Case No. A-14-697572-C before the Honorable Judge Jim Crockett which began on May 8, 2018.



This is the second request for an extension of time for this reply.

Dated this 11th day of May, 2018.

| GANZ & HAUF | ROGERS, MASTRANGELO, CARVALHO & MITCHELL |
|---|---|
| */s/ Jeffrey L. Galliher, Esq.* | */s/ Marissa R. Temple, Esq.* |
| MARJORIE HAUF, ESQ. | STEPHEN H. ROGERS, ESQ. |
| Nevada Bar No. 8111 | Nevada Bar No. 5755 |
| JEFFREY L. GALLIHER, ESQ. | MARISSA R. TEMPLE, ESQ. |
| Nevada Bar No. 8078 | Nevada Bar No. 9028 |
| 8950 W. Tropicana Ave, Suite 1 | 700 S. Third Street |
| Las Vegas, Nevada 89147 | Las Vegas, NV 89147 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

May ____15____, 2018.

PEGGY A. LEEN
United States Magistrate Judge



GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626