MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
Email: mhauf@ganzhauf.com
JOLENE J. MANKE, ESQ.
Nevada Bar No. 7436
Email: jmanke@ganzhauf.com
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiff*
*DONALD HUMES*

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HUMES,<br><br>Plaintiff,<br><br>vs.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 2:17-cv-01778-JAD-PAL<br><br>**STIPULATION AND ORDER**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file his response to Defendant's Motion for Order Determining Choice of Law filed on December 27, 2018, be extended from January 10, 2019, to January 17, 2019.

Likewise, the deadline for Defendant's reply to its Motion should be extended by one (1) additional week.

///

Page 1

8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 10th day of January, 2019.

| **GANZ & HAUF** | **ROGERS, MASTRANGELO, CARVALHO & MITCHELL** |
|---|---|
| */s/ Marjorie Hauf, Esq.* | */s/ Marissa R. Temple, Esq.* |
| MARJORIE HAUF, ESQ.<br>Nevada Bar No. 8111<br>JOLENE J. MANKE, ESQ.<br>Nevada Bar No. 7436<br>8950 W. Tropicana Ave, Suite 1<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | STEPHEN H. ROGERS, ESQ.<br>Nevada Bar No. 5755<br>MARISSA R. TEMPLE, ESQ.<br>Nevada Bar No. 9028<br>700 S. Third Street<br>Las Vegas, NV 89147<br>*Attorneys for Defendant* |

IT IS SO ORDERED.

Dated: January 11, 2019.

_____
UNITED STATES DISTRICT JUDGE