UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DONALD HUMES, | Case No. 2:17-cv-01778-JAD-BNW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ACUITY, A MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The settlement conference currently scheduled for August 7, 2019 is **VACATED** and **CONTINUED** to **August 21, 2019 at 9:00 a.m.**

2. Confidential settlement statements shall be due no later than **August 14, 2019**.

3. All other instructions within the original Order Setting Settlement Conference (ECF No. 60) shall remain in effect.

DATED this 6th day of May, 2019.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1