MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiff*

-o0o-

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD HUMES, <br><br> Plaintiff, <br><br> vs. <br><br> ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendant. | CASE NO.: 2:17-cv-01778-JAD-BNW <br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file his response to Defendant's Motion for Partial Summary Judgment filed on October 16, 2019, be extended from November 6, 2019, to November 13, 2019. Likewise, the deadline for Defendant's reply to its Motion should be extended by one (1) additional week.

///

///

///

Page 1

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 29th day of October, 2019.

| | |
|---|---|
| **GANZ & HAUF** | **ROGERS, MASTRANGELO, CARVALHO & MITCHELL** |
| */s/ Marjorie Hauf* | */s/ Marissa Temple* |
| MARJORIE HAUF, ESQ.<br>Nevada Bar No. 8111<br>CARA XIDIS, ESQ.<br>Nevada Bar No. 11743<br>8950 W. Tropicana Ave, Suite 1<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | STEPHEN H. ROGERS, ESQ.<br>Nevada Bar No. 5755<br>MARISSA R. TEMPLE, ESQ.<br>Nevada Bar No. 9028<br>700 S. Third Street<br>Las Vegas, NV 89147<br>*Attorneys for Defendant* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 30, 2019.

