STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
MARISSA R. TEMPLE
Nevada Bar No. 9028
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: Mtemple@rmcmlaw.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD HUMES, | CASE NO. 2:17-cv-01778-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Defendant to file its response to Plaintiff's Motion to Strike Defendant's Affirmative Defenses filed on January 2, 2020, be extended from January 16, 2020, to January 24, 2020.

Likewise, the deadline for Plaintiff's Reply in support of his Motion should be extended by one (1) additional week, making the reply due on February 7, 2020.

///

///

///

///

///

This is Defendant's first request for an extension and is requested because of defense counsel's trial schedule. This stipulation is submitted in good faith without the purpose of undue delay.

DATED THIS 7th day of January, 2020.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Marissa R. Temple
STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
MARISSA R. TEMPLE
Nevada Bar No. 9028
700 S. Third Street
Las Vegas, Nevada 89101
*Attorney for Defendant*

DATED THIS 7th day of January, 2020.

GANZ & HAUF

/s/ Jolene J. Manke
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
JOLENE J. MANKE, ESQ.
Nevada Bar No. 7436
8950 West Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

**DATED: January 08, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

_____
STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
MARISSA R. TEMPLE
Nevada Bar No. 9028
700 S. Third Street
Las Vegas, Nevada 89101
*Attorney for Defendant*