1  SAO
   STEPHEN H. ROGERS, ESQ.
2  Nevada Bar No. 5755
   MARISSA R. TEMPLE
3  Nevada Bar No. 9028
   ROGERS, MASTRANGELO, CARVALHO & MITCHELL
4  700 S. Third Street
   Las Vegas, Nevada 89101
5  Phone (702) 383-3400
   Fax (702) 384-1460
6  Email: Mtemple@rmcmlaw.com
   Attorneys for Defendant
7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11  DONALD HUMES,                          )  CASE NO. 2:17-cv-01778-JAD-BNW
                                           )
12          Plaintiff,                     )
                                           )  **STIPULATION AND ORDER**
13  vs.                                    )
                                           )
14  ACUITY, A MUTUAL INSURANCE             )
    COMPANY, a foreign corporation; DOES 1 )
15  through 10; and ROE CORPORATIONS 1 through )
    10, inclusive,                         )
16                                         )
            Defendants.                    )
17  _____)

18       IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

19  counsel of record, that the current hearing for Defendant's Motion to Disqualify Attorney Marjorie

20  Hauf, Esq. scheduled for April 7, 2020 at 9:00 a.m. be continued to April 14, 2020 at 9:00 a.m.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

This stipulation is submitted in good faith without the purpose of undue delay.

DATED THIS __ day of March, 2020.                    DATED THIS ___ day of March, 2020.

ROGERS, MASTRANGELO, CARVALHO                        GANZ & HAUF
& MITCHELL

/s/ Marissa R. Temple                                /s/ Cara Xidis
STEPHEN H. ROGERS, ESQ.                              MARJORIE HAUF, ESQ.
Nevada Bar No. 5755                                  Nevada Bar No. 8111
MARISSA R. TEMPLE                                    CARA XIDIS, ESQ.
Nevada Bar No. 9028                                  Nevada Bar No. 11743
700 S. Third Street                                  8950 West Tropicana Ave., Suite 1
Las Vegas, Nevada 89101                              Las Vegas, Nevada 89147
*Attorney for Defendant*                             *Attorneys for Plaintiff*

**IT IS SO ORDERED**

**DATED: March 03, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

ROGERS, MASTRANGELO, CARVALHO &
MITCHELL

/s/ Marissa R. Temple
STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
MARISSA R. TEMPLE
Nevada Bar No. 9028
700 S. Third Street
Las Vegas, Nevada 89101
*Attorney for Defendant*