Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**Donald Humes**,

        Plaintiff,

vs.

**Acuity, a Mutual Insurance Company**, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,

        Defendants.

Case No.: 2:17-cv-01778-JAD-DJA

**Stipulation and Order to Extend Time to File Responses to the Motions in Limine filed on April 19, 2021 (ECF Nos. 112-116)**

**(First Request)**

ECF No. 124

COME NOW the parties hereto, by and through their counsel of record, and hereby stipulate to extend the time for Plaintiff to file responses to Defendant's Motions in Limine filed on April 19, 2021 (ECF Nos. 112-115). All of these Motions in Limine were rendered moot by the parties' stipulation to bifurcate this matter.

Given the Court's preliminary denial of the request for bifurcation, responses are required. Defendant has already filed its response to Plaintiff's Omnibus Motion in Limine (ECF No. 116). Based on the foregoing, the parties hereby stipulate to

extend the deadline to allow Plaintiff to file his respective responses by May 12, 2021.

Dated this 5th day of May, 2021.           Dated this 5th day of May, 2021.

H&P LAW                      ROGERS MASTRANGELO CARVALHO & MITCHELL

 */s/ Marjorie Hauf*_____       */s/ Marissa Temple*_____
Marjorie Hauf, Esq.              Stephen Rogers, Esq.
Cara Xidis, Esq.                 Marissa Temple, Esq.
*Attorneys for Plaintiff*            *Attorneys for Defendant*

## **ORDER**

It is so ordered.

Dated:  5-6-2021

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION