STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
MARISSA R. TEMPLE
Nevada Bar No. 9028
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. 3rd Street
Las Vegas, Nevada 89101
Telephone: (702) 383-3400
Facsimile: (702) 384-1460
*Attorneys for Defendant*

**FILED**

**MAY 2 6 2021**

**US DISTRICT COURT
DISTRICT OF NEVADA**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DONALD HUMES

            Plaintiff,

vs.

ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,

            Defendants.

CASE NO.: 2:17-CV-01778-JAD-DJA

## STIPULATION AND ORDER ON ARGUMENT AND EVIDENCE AT TRIAL

**IT IS HEREBY STIPULATED** by and between CARA XIDIS, ESQ. and JUSTIN WILSON, ESQ. of H&P LAW, attorneys for DONALD HUMES; and MARISSA R. TEMPLE, ESQ., and STEPHEN H. ROGERS, ESQ. of the law firm of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, attorneys for Defendant, ACUITY, A MUTUAL INSURANCE COMPANY, as follows:

1. That the applicable insurance contract, identified as Policy No. 4885671600, was in force at the time of the accident;

2. That Plaintiff Donald Humes was an insured under that contract;

3. That the policy provides uninsured/underinsured motorist (UIM) coverage up to $1,000,000 per person, and medical payments coverage of up to $5,000; and

4. That there is a set-off applicable to any jury verdict in the amount of $105,000, representing the $100,000 paid by the tortfeasor's policy, and the $5,000 paid by Acuity under the medical payments coverage provision;

5. That the jury will be charged with determining the full amount of the Plaintiff's damages, if any;

6. That the applicable set-off will be deducted by the Court following entry of the jury verdict, with the remainder representing the amount due and owing to Plaintiff by Defendant under the policy;

7. That the jury will not hear evidence of the amount of any set-off.

| DATED this 21st day of May, 2021. | DATED this 21st day of May, 2021. |
|---|---|
| **H&P Law** | **ROGERS, MASTRANGELO, CARVALHO & MITCHELL** |
| /s/ Cara Xidis | /s/ Marissa R. Temple |
| CARA XIDIS, ESQ.<br>Nevada Bar No. 11743<br>JUSTIN WILSON, ESQ.<br>Nevada Bar No. 14646<br>8950 West Tropicana Ave., Suite 1<br>Las Vegas, Nevada 89147<br>***Attorneys for Plaintiff*** | STEPHEN H. ROGERS, ESQ.<br>Nevada Bar No.: 5755<br>MARISSA R. TEMPLE, ESQ.<br>Nevada Bar No.: 9028<br>700 S. Third Street<br>Las Vegas, Nevada 89101<br>***Attorneys for Defendant*** |

## ORDER

It is so ordered.

Dated this 26th day of May, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE