# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HUMES, | CASE NO. 2:17-cv-01778-JAD-DJA |
| Plaintiff, | |
| vs. | |
| ACUITY, A MUTUAL INSURANCE COMPANY, | |
| Defendants. | |

We, the jury in the above entitled action, find for the Plaintiff and against the Defendant and assess the total amount of the Plaintiff's damages as follows:

Value of Past Necessary Medical Care,
Treatment and Services Received:        $ 160,397.03

Past Pain and Suffering, Mental Anguish,
Loss of Capacity to Enjoy Life, Disability
and impairment:        $ 160,397.03

Value of Future Necessary Medical Care,
Treatment and Services:        $ 270,000

Future Pain and Suffering, Mental Anguish,
Loss of Capacity to Enjoy Life, Disability
and impairment:        $ 270,000

DATED this 28 day of May, 2021.

REDACTED

**FILED**

MAY 2 8 2021

**US DISTRICT COURT
DISTRICT OF NEVADA**

FOREMAN