Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Cara Xidis, Esq.
Nevada Bar No.: 11743
Justin W. Wilson, Esq.
Nevada Bar No.: 14646
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD HUMES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01778-JAD-DJA<br><br>**Stipulation and Order to Extend Deadline for Plaintiff to File Reply in Support of Plaintiff's Motion to Amend Complaint**<br><br>ECF Nos. 194, 197 |

　　WHEREAS Plaintiff's counsel will be out of the office on March 10, 2022, and March 11, 2022, and unable to finalize and file the Reply in Support of Plaintiff's Motion to Amend Complaint (ECF No. 194) during that time;

　　IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time for Plaintiff to file his Reply in Support of Plaintiff's Motion to Amend Complaint (ECF No. 194), be extended from March 10, 2022, to March 14, 2022.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 9th day of March, 2022.

H&P LAW

/s/ Marjorie Hauf
_____
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
*Attorneys for Plaintiff*

Dated this 9th day of March, 2022.

ROGERS MASTRANGELO CARVALHO & MITCHELL

/s/ Marissa Temple
_____
Stephen Rogers, Esq.
Nevada Bar No. 5755
Marissa Temple, Esq.
Nevada Bar No. 9028
*Attorneys for Defendant*

**ORDER**

It is so ordered.

_____
DISTRICT COURT JUDGE
**March 9, 2022**