STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
MARISSA R. TEMPLE
Nevada Bar No. 9028
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: Mtemple@rmcmlaw.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HUMES, <br><br> Plaintiff, <br><br> vs. <br><br> ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:17-cv-01778-JAD-DJA <br><br> ECF No. 212 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IS HEREBY STIPULATED and AGREED by and between the parties hereto, through their respective counsel of record, that the above-entitled matter be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED and AGREED that the Trial of this matter, which is currently set for September 27, 2022, will be vacated.

DATED this 28th day of June, 2022.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

_____
Marissa R. Temple
Nevada Bar No. 8028
700 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

DATED this 28th day of June, 2022.

H&P LAW

_____
Cara Xidis, Esq.
Nevada Bar No. 11743
710 S. 9th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation [ECF No. 212] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The 9/27/2022 trial date and all related dates and hearings are VACATED. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 30, 2022

Submitted by:

Rogers, Mastrangelo, Carvalho & Mitchell

_____
Marissa R. Temple
Nevada Bar No. 8028
700 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*